# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE R. REDMOND,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CHAD LYTLE, *et al.*,<br><br>　　Defendants. | CIVIL ACTION NO. 3:16-CV-01804<br><br>(JUDGE CAPUTO)<br>(MAGISTRATE JUDGE SCHWAB) |

## ORDER

**NOW**, this 27th day of October, 2017, **IT IS HEREBY ORDERED** that Magistrate Judge Schwab's Report and Recommendation (Doc. 32) is **ADOPTED** as modified in the accompanying memorandum:

(1) Defendants' Motion for Summary Judgment (Doc.13) is **GRANTED**.

(2) Plaintiff's Motion to Appoint Counsel is **DENIED as moot**.

(3) Judgment is **ENTERED** in favor of Defendants and against Plaintiffs.

(4) The Clerk of Court is directed to mark this case as **CLOSED**.

　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　United States District Judge